IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIM. NO. 05-702 |
| v. | : | |
| | : | CIVIL NO. 08-1493 |
| EUGENE PARKER | : | |

**O R D E R**

**AND NOW**, this   11th   day of   April  , 2014, upon consideration of Petitioner's Motion Under 28 U.S.C. § 2255 (ECF No. 78), and Defendant's Amended Motion Pursuant to 28 U.S.C. § 2255 (ECF No. 93), and all papers submitted in support thereof, and in opposition thereto, it is **ORDERED** that the Motions are **DENIED**. No Certificate of Appealability shall issue.

**IT IS SO ORDERED**.

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**